83

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL - 8 1999
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IMELDA Y. COREAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL NO. L-97-30 |
| | § | |
| C & S RANCH, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiffs represented by Texas Rural Legal Aid were dismissed from the case by Court order on June 16, 1999, leaving only five (5) remaining Plaintiffs: Jose Gallegos, Hugo Martell, Roy Garcia, Maurel Silva, and Genaro M. Alaniz. In an order of even date, those five Plaintiffs were dismissed with prejudice for lack of prosecution.

Every Plaintiff has been dismissed, and all claims have been adjudicated. Therefore, it is **ORDERED** that this case be **CLOSED** by the Clerk of the Court.

**DONE** at Laredo, Texas, this 7th day of July 1999.

George P. Kazen

CHIEF UNITED STATES DISTRICT JUDGE